Decided July 1, 1996

## STATE OF CONNECTICUT v. BILLY JOE SANTOS

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 361 (AC 14990), is denied.

*Sheila A. Huddleston,* in support of the petition.

*Donald A. Browne,* state's attorney, in opposition.

Decided July 1, 1996